# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### SOUTHERN DIVISION

_____
:
Deborah Robinson,                                       :
                                                        :
                                                        :   Civil Action No.:  8:10-cv-01752-RWT
                                                        :
                      Plaintiff,                        :
          v.                                            :
                                                        :
CACH LLC; and DOES 1-10, inclusive,                     :
                                                        :
                      Defendant.                        :
_____                 :
                                                        :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against CACH LLC with prejudice and without costs to any party.

Deborah Robinson                          CACH LLC


___/s/ Forrest E. Mays_____         __/s/ Ronald S. Canter_____

Forrest E. Mays (Bar No. 07510)           Ronald S. Canter, Esq.
1783 Forest Drive, Suite 109              Law Offices of Ronald S. Canter, LLC
Annapolis, MD  21401                      11300 Rockville Pike, Suite 1200
Telephone: (410) 267-6297                 Rockville, MD 20852
Fascimile: (410) 267-6234                 (301) 770-7490
Email: mayslaw@mac.com                    Attorney for Defendant
Attorney for Plaintiff


_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays_____
Forrest E. Mays